Veronique K. PONGO; Francisco Avoki, Plaintiffs–Appellants,

v.

BANK OF AMERICA; Trustee Service of Carolina; America's Wholesale Lender; Bank of New York Mellon; BAC Home Servicing; Eagle, Adjusting Service, Inc.; Does I–XX; Mers, Inc.; Kimberly Dawson; Beverly Brooks, Defendants–Appellees.

No. 15–1372.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 24, 2015.

Veronique K. Pongo; Francisco Avoki, Appellants Pro Se. Kelli A. Burns, Scott I. Perle, McGuirewoods, LLP, Charlotte, North Carolina; Franklin Lamont Greene, Gregory David Spink, Megan McGee Stacy, Brock & Scott, PLLC, Charlotte, North Carolina; Jaye E. Bingham–Hinch, Cranfill, Sumner & Hartzog, LLP, Raleigh, North Carolina; Mica Nguyen Wor-

thy, Cranfill, Sumner & Hartzog, LLP, Charlotte, North Carolina, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veronique K. Pongo and Francisco Avoki appeal the district court's order accepting the recommendation of the magistrate judge, dismissing their complaint filed under the Truth in Lending Act and the Home Ownership and Equity Protection Act, and declining to exercise supplemental jurisdiction over their remaining state law claims. We have reviewed the record and find no reversible error. Accordingly, we grant leave to Appellants to proceed in forma pauperis and affirm for the reasons stated by the district court. *Pongo v. Bank of Am.*, No. 3:14–cv–00020–RJC–DSC, 2015 WL 1471148 (W.D.N.C. Mar. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*